**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**FOXWORTHY, INC.**                                                   **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO. 3:06-cv-187-HTW-JCS**

**SECRETARY OF THE DEPARTMENT OF**           **DEFENDANTS**
**HOUSING AND URBAN DEVELOPMENT,**
**AND ANY AND ALL UNKNOWN PARTIES**
**IN INTEREST OR CLAIMING AN INTEREST**
**IN THE LANDS DESCRIBED IN THE COMPLAINT**

## AGREED ORDER OF DISMISSAL

THIS DAY this cause having come on for hearing upon the joint motion of the Plaintiff, Foxworthy, Inc., by and through its counsel, and the Defendant Secretary of the United States Department of Housing and Urban Development, by and through the United States Attorney, for dismissal of this cause with prejudice, and the Court being fully advised in the premises finds that said Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the above-captioned cause be and it is hereby dismissed with prejudice.

SO ORDERED this the 18th day of September, 2006.

                                          s/ HENRY T. WINGATE

                                          CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*S/ WILLIAM M. WELCH II*
WILLIAM M. WELCH II
Attorney for Foxworthy, Inc.,
Plaintiff

*S/ MITZI DEASE PAIGE*
MITZI DEASE PAIGE
ASSISTANT UNITED STATES ATTORNEY
Attorney for Defendant Secretary
Of the United States Department of
Housing and Urban Development